# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**CORALYZ RIVERA,**

    Plaintiff,

vs.

CASE NO.: 8:23-CV-0524-MSS-AEP

**WAL-MART ASSOCIATES, INC.,** A Foreign Profit Corporation,

    Defendant.

_____/

## PLAINTIFF'S NOTICE OF SETTLEMENT

Plaintiff, CORALYZ RIVERA, hereby advises the Court that the Parties have reached a settlement in this case and will file pleadings for dismissal within fourteen (14) days.

Dated this ____22nd____ day of September, 2023.

Respectfully submitted,

s/ Edward Wimp
Edward Wimp, Esquire – LEAD COUNSEL
FBN: 1015586
Anthony Hall, Esquire
FBN: 40924
THE LEACH FIRM, P.A.
1560 N. Orange Ave., Suite 600
Winter Park, FL 32789
Telephone: (407) 574-4999
Facsimile: (833) 813-7513

Email: ewimp@theleachfirm.com  
Email: ahall@theleachfirm.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this __22nd__ day of September, 2023, I filed the above via the CM/ECF system which will send a copy to opposing counsel.

**/s/ Edward Wimp**
Edward Wimp, Esq.